IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MASOUD SOROUSH | : | CIVIL ACTION |
| | : | NO. 09-3703 |
| v. | : | |
| | : | |
| TYRON B. ALI, et al. | : | |
| | : | |

ORDER

AND NOW, this 28th day of October 2009, upon consideration of defendants' motion to stay the civil proceedings and plaintiff's response thereto, it is ORDERED that defendants' motion is DENIED. It is further ORDERED that defendants file an answer within ten business days of the date of this Order.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.